### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

JOE MOORE,

     *Plaintiff,*

v.                            Case No.: 1:26cv93-MW/MAF

TRAVIS ARRINDEL, et al.,

     *Defendants.*

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. The report and recommendation was returned as undeliverable, ECF No. 6, and Plaintiff has failed to provide the Clerk's Office with his updated mailing address, even though it is his responsibility to do so. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to prosecute." The Clerk shall close the file.

    **SO ORDERED on June 26, 2026.**

                  **s/Mark E. Walker**_____
                  **United States District Judge**